Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Guizhen LEE and Russell LEE,<br><br>Plaintiffs,<br><br>v.<br><br>Kristjen NIELSEN, Secretary of the Department of Homeland Security; LEE CISSNA, Director of U.S. Citizenship and Immigration Services; Anne Arries CORSANO, District Director, U.S. Citizenship and Immigration Services; Jefferson SESSIONS, Attorney General of the United States of America,<br><br>Defendants. | NO. C18-1524 MAT<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING RESPONSE DEADLINE<br><br>**Noted on the Motion Calendar:
December 14, 2018** |

## I.   Stipulation.

The Parties have conferred and stipulate and agree as follows. Defendants' Response to Plaintiff's Petition for Writ of Mandamus is presently due on January 14, 2019. An interview in the underlying matter was rescheduled to December 18, 2018 at the request of the Petitioners. The decision that will follow this interview will be relevant to the instant Petition. Accordingly, the Parties jointly request that Defendants' response deadline be

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING RESPONSE
DEADLINE
C18-1524 MAT -1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

extended until January 31, 2019 to ensure sufficient time for the parties to assess the impact of any decision on the instant litigation.

DATED this 14th day of December, 2018.

Respectfully presented and submitted,

By:
/s/ Brandon Scott Gillin
Brandon Scott Gillin, WSBA#44761
Genesis Law Firm, PLLC
3802 Colby Ave., 2nd Floor
Everett, WA 98201
Phone: 425-212-1789, x 103
E-mail: Brandon.Gillin@gmail.com

Attorney for Plaintiffs

By:
ANNETTE L. HAYES
United States Attorney

s/ Patricia D. Gugin
PATRICIA D. GUGIN, WSBA # 43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
E-mail: pat.gugin@usdoj.gov

Attorney for Defendants

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING RESPONSE DEADLINE
C18-1524 MAT -2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1

**ORDER**

2   Pursuant to the foregoing Stipulation, it is hereby

3   ORDERED, ADJUDGED and DECREED that the deadline for Defendants to file a

4   Response to Plaintiff's Complaint is extended from January 14, 2019, through January 31,

5   2019.

6

7   DATED this 18th day of December, 2018.

8

9

10   ~~Mary Alice Theiler~~ Robert S. Lasnik

11   United States District ~~Magistrate~~ Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING RESPONSE DEADLINE
C18-1524 MAT -3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800