1

District Judge Robert S. Lasnik

2

3

4

5

6                    UNITED STATES DISTRICT COURT FOR THE
                         WESTERN DISTRICT OF WASHINGTON
                                       AT SEATTLE
7

8
    GUIZHEN LEE and RUSSELL LEE, a          CASE NO.  C18-1524 RSL
9   married couple,
                                            ORDER GRANTING UNITED
                                            STATES' MOTION FOR A STAY
10                        Plaintiffs,       OF CASE IN LIGHT OF LAPSE OF
                 v.                         APPROPRIATIONS
11
    KIRSTJEN M. NEILSEN, et al.,
12
                          Defendants.
13
          The United States of America has filed a Motion for a Stay of Case in Light of Lapse
14
    of Appropriations, in which the United States seeks a stay of proceedings entered in this case
15
    commensurate with the duration of the lapse in appropriations for the United States
16
    Department of Justice.
17
    //
18
    //
19

20

21

22

1　　　　The Court, having reviewed the pleadings and materials in this case, it is hereby

2　ORDERED that:

3　　　　The Defendant's Motion for a Stay of Case in Light of Lapse of Appropriations is

4　GRANTED.  All pending deadlines, including the trial date, for the above-captioned case are

5　hereby STAYED and all current deadlines are hereby EXTENDED commensurate with the

6　duration of the lapse in appropriations. The Government is responsible for notifying the

7　Court once appropriations have been received.

8
　　　　　　　DATED this 24th day of January, 2019.
9

10

11　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge
12

13　Presented by:

14　BRIAN T. MORAN
　　United States Attorney
15

16　_s/ Patricia D. Gugin_____
　　PATRICIA D. GUGIN, WSBA No. 43458
17　Assistant United States Attorney
　　United States Attorney's Office
18　700 Stewart Street, Suite 5220
　　Seattle, Washington 98101-1271
19　Phone: 206-553-7970
　　Fax: 206-553-4073
20　Email:  Pat.gugin@usdoj.gov

21　Attorneys for the United States of America

22

ORDER GRANTING MOTION FOR A STAY OF CASE IN LIGHT OF
LAPSE OF APPROPRIATIONS (PROPOSED)
C18-1524 RSL - 2