# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GUIZHEN LEE and RUSSELL LEE,

Petitioners,

v.

KIRSTJEN NIELSEN, *et al.*,

Respondents.

Case No. C18-1524RSL

ORDER LIFTING STAY AND DISMISSING CASE

This matter comes before the Court on the federal government's notice of appropriations (Dkt. # 18) and the parties' stipulation for order of dismissal (Dkt. # 19). The stay in the above-captioned case is hereby lifted, and the case is DISMISSED with prejudice and without costs or fees to any party.

Dated this 31st day of January, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER LIFTING STAY
AND DISMISSING CASE - 1